GOLDNER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by William Goldner, an infant, by Ernest B. Goldner, his guardian ad litem, against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re GOODMAN. (Supreme Court, Appellate Division, First Department. March 12, 1915.) In the matter of Elias B. Goodman. No opinion. Application denied. Settle order on notice. See, also, 158 App. Div. 465, 143 N. Y. Supp. 577.

GORTIKOV, Respondent, v. GORTIKOV, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Benjamin Gortikov against Marion Gortikov. M. M. Leichter, of New York City, for appellant. J. Fischer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 163 App. Div. 950, 148 N. Y. Supp. 1117.

GOTTFRIED v. GRIFFENHAGEN. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Elias Gottfried against Max S. Griffenhagen. No opinion. Application denied, with $10 costs. Order signed.

GOULD, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Kathrine C. Gould against Howard Gould. M. W. Littleton, of New York City, for appellant. A. F. Spiegel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRACE, Appellant, v. TOWN OF NORTH HEMPSTEAD, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Lillius Grace against the Town of North Hempstead. No opinion. Motion granted, without costs. See, also, 152 N. Y. Supp. 122.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by change of grade, etc., and claimed to be owned by the Barber Asphalt Paving Company and others. Proceeding No. 97. No opinion. Motion granted, and questions certified to Court of Appeals resettled. See, also, 151 N. Y. Supp. 1119.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by the change of grade, etc., and owned by the George Urban Milling Company and others. Proceeding No. 101. No opinion. Motion granted, and questions certified to Court of Appeals resettled. See, also, 151 N. Y. Supp. 148, 1119.

GRAF v. MACKAY. (No. 7108.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special Term, New York County. Action by Richard Graf against R. Gordon Mackay. From an order denying a motion to make complaint more definite and certain, defendant appeals. Modified and affirmed. H. H. Gibbs, of New York City, for appellant. Frank Sowers, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by requiring the complaint to be made more definite and certain, as stated in paragraphs 1, 2, and 3 of the demand set forth in the affidavit of the defendant's attorney. As so modified, the order is affirmed, with $10 costs and disbursements to the appellant.

GRAFTON, Respondent, v. BALL, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Robert Grafton against John Oscar Ball. No opinion. Motion denied, with $10 costs. See, also, 164 App. Div. 70, 149 N. Y. Supp. 447.

GRAVES, Respondent, v. HERSPERGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by Chas. B. Graves against Adam Hersperger. No opinion. Order affirmed, with $10 costs and disbursements.

GRAY v. FORBES. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by George Gray against James Forbes. No opinion. Motion granted, with $10 costs. Order filed.

GREEN, Respondent, v. STEINBERG, Appellant. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by John Green against Ella V. Steinberg. No opinion. Judgment and order unanimously affirmed, with costs.

GRECO et al. v. BECKER et al. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Michael Greco and another against Rose Becker and others. No opinion. Motion granted, without costs.